

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00408-CR

Armando Garcia **VILLEGAS**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 365296
Honorable Jason Garrahan, Judge Presiding

# O R D E R

Appellant's brief was due to be filed on September 16, 2015. To date, neither the appellant's brief nor a motion for extension of time has been filed. The clerk of this court has attempted to contact counsel by telephone but has been unsuccessful.

It is therefore ORDERED that either the appellant's brief or a motion for extension of time to file appellant's brief must be filed in this Court **within ten days of the date of this order.** Any motion for extension should include a reasonable explanation for the failure to timely file the appellant's brief and the failure to timely file the motion for extension.

If counsel fails to timely respond, we will abate the case to the trial court for an abandonment hearing pursuant to TEX. R. APP. P. 38.8(b).

_____
Rebeca C. Martinez, Justice

N WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court